*3*

Jonathan C. Cahill (SBN 287260)
jcahill@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MARY DEL ROBLES CARBAJAL,<br><br>Debtor. | Case No. 16-10623<br><br>Chapter 7<br><br>D.C. No. AP-1<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: June 22, 2016<br>Time: 9:30 a.m.<br>Ctrm: 13<br><br>2500 Tulare Street<br>Fresno, CA 93721-1318 |

Wells Fargo Bank, N.A. ("Movant") will and hereby does move, pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) 11 U.S.C. § 362(d)(1) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 5715 South Van Horn, Del Rey, California 93657 (the "Property").[1]

/././

/././

---

[1] This motion shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

-1- CASE NO. 16-10623
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

This motion is made on the following grounds:

(1) Pursuant to 11 U.S.C. § 362(d)(1), cause exists to terminate the automatic stay because:

    a. Payments due on the note secured by a Deed of Trust on the Property have not been made to Movant (i.e., the subject loan is in default as of November 15, 2014 and the total outstanding payments due May 2, 2016 under the loan are in the sum of $14,967.28).

    b. Movant's interest in the Property is not protected by an adequate equity cushion (as detailed below).

(2) Pursuant to 11 U.S.C. § 362(d)(2), the debtor has no equity in the Property and the Property is not necessary to an effective reorganization. The equity analysis for the Property is as follows:

| | |
|---|---|
| Fair Market Value: | $143,135.00 |
| Less: | |
|   Movant's Trust Deed | $174,855.74 |
|   Costs of Sale (8%) | $11,450.80 |
| **Equity in the Property:** | **($43,171.54)** |

(3) As Movant has retained counsel to represent it in this matter and is thereby incurring attorneys' fees and expenses in filing this motion, Movant is seeking to recover its reasonable attorneys' fees and costs incurred in prosecuting the instant motion by adding these amounts to the outstanding balance due under the Note, as allowed under applicable non-bankruptcy law.

This motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, Declaration in

/././
/././
/././
/././
/././
/././

1. Support of Motion for Relief from Automatic Stay, and Exhibits to Declaration in Support of Motion
2. for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein,
3. and upon such oral and documentary evidence as may be presented by the parties at the hearing.

                    ALDRIDGE PITE, LLP

Dated: May 20, 2016

                    /s/ Jonathan Cahill      (SBN 287260)
                    JONATHAN C. CAHILL
                    Attorneys for Movant Wells Fargo Bank, N.A.