Jonathan C. Cahill (SBN 287260)
jcahill@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
Wells Fargo Bank, N.A.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MARY DEL ROBLES CARBAJAL,<br><br>Debtor. | Chapter 7<br><br>Case No. 16-10623<br><br>D.C. No. AP-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>LBR 4001-1 and 9014-1(f)(1)<br><br>**Hearing**:<br>Date: June 22, 2016<br>Time: 9:30 a.m.<br>Ctrm: 13<br><br>2500 Tulare Street<br>Fresno, CA 93721-1318 |

The above-captioned matter came on for hearing on June 22, 2016, in the Courtroom of the Honorable René Lastreto II, upon the Motion of Wells Fargo Bank, N.A. ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Mary Del Robles Carbajal ("Debtor") commonly known as 5715 South Van Horn, Del Rey, California 93657 (the "Real Property"), which is legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A

RECEIVED
July 11, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005836062

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as to the Chapter 7 Trustee only, and ~~moot as to the Debtor as the Debtor was discharged on June 6, 2016,~~ as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust; [handwritten insertion: "the motion is denied as to the Debtor as"]

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property.

Dated: Jul 11, 2016

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

## EXHIBIT A

ALL THAT CERTAIN REAL PROPERTY IN THE UNINCORPORATED AREA, COUNTY OF FRESNO, STATE OF CALIFORNIA, DECSCRIED AS FOLLOWS:

LOT 6 OF TRACT NO. 2263, ACCORDING TO THE MAP THEREOF RECORDED OCTOBER 5, 1972 IN BOOK 27 PAGE 33 OF PLATS, RECORDS OF SAID COUNTY.

- 3 -   CASE NO. 16-10623
**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**